**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01506-CR

**THERON JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82005-2011**

## ORDER

The State's August 9, 2013 second motion for extension of time to file the State's brief is **GRANTED** to the extent we **ORDER** the State to file its brief on or before **September 11, 2013**. If the State does not comply with this order, the appeal will be submitted without the State's brief.

/s/      DAVID EVANS
         JUSTICE